UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ALEXANDRE ZDENEK DAVIS,<br><br>                    Plaintiff,<br><br>          v.<br><br>BARRON, et al.,<br><br>                    Defendants. | CASE NO. 2:23-cv-01530-JHC-GJL<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation of Magistrate Judge Grady J. Leupold, and the remaining record, does hereby ORDER:

(1) Plaintiff did not submit an objection to the Report and Recommendation. The Court adopts the Report and Recommendation.

(2) Plaintiff's claims are dismissed without prejudice.

(3) The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and to the Hon. Grady J. Leupold.

**DATED** this 9th day of February, 2024.

_____
JOHN H. CHUN
United States District Judge